U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUL 10 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JORGE L. PARADA | : | CIVIL ACTION NO. 07-cv-1931 |
| VS. | : | JUDGE MINALDI |
| ALBERTO GONZALES, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's petition for writ of habeas corpus be **DISMISSED** without prejudice in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 10 day of July, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE